# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL MEEKS,<br><br>            Plaintiff,<br><br>    v.<br><br>FCA US LLC, and DOES 1 through 10,<br><br>            Defendants. | Case No. 1:22-cv-00761-AWI-CDB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 16) |

   On June 22, 2022, Plaintiff Carl Meeks filed this Song-Beverly Act action under California Civil Code § 1790 *et seq.* seeking damages for Defendants' alleged vehicle warranty violations. (ECF No. 1.)

   On October 26, 2022, Plaintiff was ordered to show cause in writing why Plaintiff should not be sanctioned for failing to appear at the scheduling conference on October 26, 2022.  (ECF No. 16)  Counsel for Plaintiff's failure to appear at that scheduling conference followed counsel's earlier and continuing failures to comply with the Court's repeated orders to file magistrate judge jurisdiction consent/decline forms. (ECF Nos. 5, 11.)

   On the same day that the order to show cause issued in this matter, Counsel for Plaintiff responded with a declaration in which she acknowledged committing the above-referenced errors and committed to timely following future orders and attend court hearings.  Counsel also explained

the remedial efforts she had attempted to make once she learned she was late for the scheduling conference.

To determine whether neglect is excusable, a court must consider four factors: "(1) the danger of prejudice to the opposing party; (2) the length of the delay and its potential impact on the proceedings; (3) the reason for the delay; and (4) whether the movant acted in good faith." *In re Veritas Software Corp. Sec. Litig.*, 496 F.3d 962, 973 (9th Cir. 2007). The Court finds Plaintiff's counsel's errors noted above constituted excusable neglect and finds good cause to discharge the show cause order.

IT IS SO ORDERED.

Dated:   **October 27, 2022**

UNITED STATES MAGISTRATE JUDGE