**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARL MEEKS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No.: 1:22-cv-00761-JLT-CDB<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES AND JURISDICTION** |

("PROPOSED" is struck through.)

　　On March 12, 2024, both Parties filed a Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

　　The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is Granted;
2. The Court continues the filing deadline of Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses from March 11, 2024 to May 13, 2024; and
3. The Court retains Jurisdiction over the action until Plaintiff's fees, costs, and expenses are decided and funding satisfied.

IT IS SO ORDERED.

　　Dated:　**March 13, 2024**

　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Jennifer L. Thurston_
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-