UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL MEEKS,<br><br>            Plaintiff,<br><br>     v.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>            Defendants. | Case No.: 1:22-cv-00761-JLT-CDB<br><br>**ORDER DENYING THE STIPULATION TO CONTINUE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES AND JURISDICTION**<br>**(Doc. 56)** |

On May 6, 2024, both Parties filed a Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties. (Doc. 56) This is the third such stipulation the parties have filed since the Court entered judgment in this case on December 12, 2023 (Doc. 49). (Docs. 52, 54, 56) Each stipulation indicates that the "additional time to meet and confer regarding Plaintiffs' fees and costs in an attempt to resolve the issue without burdening the Court." (Doc. 52 at 2; Doc. 54 at 2; Doc. 56 at 2) Indeed, it appears the parties have filed the exact same stipulation three times, having changed only the date by which the motion for fees will be filed without any explanation as to why they have been unable to meet and confer in the five months since the Court entered judgment.  Thus, the Court **ORDERS**:

1.   The stipulation to extend the deadline to file the motion for fees and costs is **DENIED**.

///

2. Any motion for fees and or costs **SHALL** be filed, if at all, within 21 days. The motions SHALL comply with this Court's standing order or it will be summarily denied and the case closed.

IT IS SO ORDERED.

Dated: **May 8, 2024**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE